IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TREVEN JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.:  4:20-cv-02584-DAR |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT** |
| INTERNATIONAL STEEL AND COUNTERWEIGHTS LLC, | ) ) ) | |
| Defendant. | ) ) | |

For the reasons set forth below, Representative Plaintiff Treven Johnson and the Opt-In Party Plaintiffs ("Plaintiffs") hereby move this Court for an Order: (1) approving the confidential settlement as fair and reasonable; and (2) dismissing the case, with prejudice, with each party to bear its own costs and attorneys' fees unless otherwise provided for in the Joint Stipulation.

In support of this Motion, Plaintiff states that:

1. Plaintiff alleged in the Complaint, among other things, claims for alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"). The lawsuit was filed on behalf of all hourly manufacturing employees who were allegedly only paid for work performed between their scheduled start and stop times, and were allegedly not paid for work performed before and after their scheduled start and stop times.

2. Defendant contends Plaintiffs were fully compensated for all hours worked.

3. Plaintiffs and Defendant are represented by their respective counsel.

4. On April 30, 2021, the parties agreed to stipulate to conditional certification of the class. Notice was sent to all putative class members, and there are now 55 Opt-In Plaintiffs, plus Representative Plaintiff Johnson. The stipulated class was defined as follows:  All hourly Blast

Line Workers, Body Shop Workers/Painters, Burn Table Operators, Crane Operators, Diesel Mechanics, General Laborers (Pangborn), Industrial Maintenance Workers, Manual Mill Operators, Outside Burner Workers, Press Operators, Shipping Workers, Tow Motor Drivers/Laborers, Water-Based Painters, Welders, Welder Helpers, and Yard Workers (including both employees and temporary workers) of International Steel and Counterweights LLC ("Defendant"), who worked at Defendant's Youngstown, Ohio facility between November 17, 2017 and July 28, 2021.

5.      In an effort to reach a resolution, and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a settlement of all claims asserted in the pending action.  The terms are embodied in the Settlement Agreement and Release, which is being filed with the Court as Exhibit 1.

6.      As explained in the Declaration of David J. Steiner (Ex. 2), Plaintiffs' counsel believes that the proposed Settlement is fair and reasonable.  Specifically, if approved by the Court, the Settlement will cover both the Representative Plaintiff and the Opt-In Plaintiffs.  **The settlement amount would provide all Plaintiffs with 100% of their overtime damages allegedly owed**.

7.      In exchange, Plaintiffs' damage claims will be settled and dismissed.  Plaintiffs will release all wage and hour and overtime claims under the FLSA and Ohio's wage laws.

8.      Provided the Court provides the approval sought herein, the parties, pursuant to Fed.R.Civ.P. 41, will stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the Joint Stipulation.  Plaintiff requests that the Court retain jurisdiction to enforce the terms of their agreement.

9.     Defendant has agreed to the terms of the aforementioned settlement agreement and does not oppose this motion.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an Order: (1) approving the settlement agreement between the parties as fair and reasonable; (2) dismissing this case with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the Confidential Joint Stipulation; and (3) retaining jurisdiction to enforce the terms of this settlement.

Respectfully submitted,

/s/David J. Steiner
David J. Steiner (0075217)
Anthony J. Lazzaro (0077962)
THE LAZZARO LAW FIRM, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, OH 44022
Telephone:  (216) 696-5000
Facsimile:  (216) 696-7005
David@lazzarolawfirm.com
Anthony@lazzarolawfirm.com

*Counsel for Representative Plaintiff Johnson and the Opt In Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, a copy of the foregoing was filed electronically. Notice will sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

/s/ David J. Steiner
One of the Attorneys for Plaintiff