IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TREVEN JOHNSON, on behalf of himself and all others similarly situated ) ) ) | Case No. 4:20-CV-2584 |
| Plaintiff, ) ) | JUDGE DAVID A. RUIZ |
| v. ) ) ) | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| INTERNATIONAL STEEL AND COUNTERWEIGHTS LLC, ) ) ) | |
| Defendant. ) | |

This Cause, having come before the Court on Plaintiff's Unopposed Motion for Approval of Settlement (R. 52), such stipulation including the parties' Joint Settlement Agreement and Release (R. 52-1), and due cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

1. This Court GRANTS the Unopposed Motion (R. 52), hereby accepts and approves the proposed settlement (R. 52-1), and holds that the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. This Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement; and

3. The above case is hereby dismissed with prejudice; each party to bear their own costs except as otherwise provided by the Joint Stipulation. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

      IT IS SO ORDERED.

Date: July 22, 2022                          /s/ *David A. Ruiz*
                                                                                    United States District Judge